NONPRECEDENTIAL DISPOSITION
To be cited only in accordance
with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued October 3, 2007
Decided November 6, 2007

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 06-4263

| | |
|---|---|
| CHASE MARCONI,<br>    *Plaintiff-Appellant*,<br><br>    *v*.<br><br>MICHAEL J. ASTRUE,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 05 C 3136<br><br>Michael T. Mason,<br>*Magistrate Judge*. |

**O R D E R**

Chase Marconi applied for Disability Insurance Benefits ("DIB"), alleging that he suffers from a mental impairment that became disabling before June 30, 2002, the date his disability insurance lapsed. The issue on appeal is whether the Social Security Administration applied the law correctly and relied on substantial evidence in concluding that Marconi was not disabled as of the date he was last insured. Because the administrative law judge ("ALJ") correctly applied the law in finding that Marconi did not have a severe impairment and substantial evidence supports this finding, we affirm.